IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:   2:07-CR-282-WKW |
| | ) | |
| VERONICA LOUIS BARNES | ) | |

**ORDER**

For good cause, it is

**ORDERED** that arraignment of the defendant be and is hereby set for **July 14, 2008 at 3:00 p.m.**, **in Courtroom 4B**, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 9th day of July, 2008.

                                             /s/Charles S. Coody
                                       CHARLES S. COODY
                                       UNITED STATES MAGISTRATE JUDGE