IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr282-WKW |
| ) | |
| VERONICA LOUIS BARNES ) | |

### MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Veronica Louis Barnes into the custody of Devin Whittle and/or Eddie Spivey, DEA, from July 17, 2008 through December 31, 2008, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing  Devin Whittle and/or Eddie Spivey to return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Respectfully submitted this the 17th day of July, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/A. Clark Morris
A. CLARK MORRIS
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr282-WKW |
| | ) |
| VERONICA LOUIS BARNES | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Robert Cooper, Jr., Esq.

Respectfully submitted,

/s/A. Clark Morris
A. CLARK MORRIS
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr282-WKW |
| ) | |
| RONNIE DALE NOBLE ) | |

### ORDER

Upon consideration of the government's motion for release of prisoner filed on July 9, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Ronnie Dale Noble from July 9, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Devin Whittle and/or Eddie Spivey, DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE