IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr282-WKW |
| | ) | |
| VERONICA LOUIS BARNES | ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed on July 17, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Veronica Louis Barnes from July 23, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Devin Whittle and/or Eddie Spivey, DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 25th day of July, 2008.

                        /s/Charles S. Coody
                        CHARLES S. COODY
                        UNITED STATES MAGISTRATE JUDGE