IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:   2:07-CR-282-WKW |
| | ) | |
| VERONICA LOUIS BARNES | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on July 28, 2008 before the undersigned Magistrate Judge.  Present at this conference were the Hon. Paul Cooper, counsel for the defendants, and Assistant United States Attorney A. Clark Morris, counsel for the government.  As a result of the conference, it is

**ORDERED** as follows:

1.  Jury selection is set for **August 18, 2008**.  The trial of this case is set for the trial term commencing on **August 18, 2008** before **United States District Judge William Keith Watkins, at the United States District Courthouse Complex, Montgomery, AL** and is expected to last two (2) days for trial.

2.  There are no motions are currently pending.

3.  Proposed voir dire questions shall be filed on or before **August 11, 2008.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4.  All Motions in Limine shall be filed on or before **August 11, 2008**.  Motions in Limine must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.

5.  Proposed jury instructions shall be filed on or before **August 11, 2008.**

      6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **August 6, 2008.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **August 18, 2008.** The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **August 18, 2008**, as to all defendants, even though a particular guilty plea was not accepted by the court.

      Done this 29th day of July, 2008.

      /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE