IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:   2:07-CR-282-WKW |
| | ) | |
| VERONICA LOUIS BARNES | ) | |

**ORDER**

Now pending before the Court is Defendant's *Motion for Release from Custody* (Doc. #288) filed July 30, 2008, which the Court construes as *Motion for Detention Hearing,* and for good cause, it is

**ORDERED** that the motion be and is hereby **GRANTED**. The detention hearing is hereby set for **August 4, 2008, at 10:30 a.m. in courtroom 4B**, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further **ORDERED** that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 30th day of July, 2008.

                                                /s/Charles S. Coody
                                          CHARLES S. COODY
                                          UNITED STATES MAGISTRATE JUDGE