IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 2:07cr282-WKW

VERONICA BARNES

## MOTION TO WITHDRAW

Mr. Cooper requests that he be allowed to withdraw as counsel for Ms. Barnes and states in support thereof as follows:

1. Ms. Barnes has retained the services of Ms. Susan James, a very competent local attorney to represent her in this matter.

2. Ms. Barnes desires to have Ms. James represent her in this matter.

Wherefore Mr. Cooper requests the following relief:

1. That he be allowed to withdraw as counsel for Ms. Barnes.

2. All other appropriate relief.

RESPECTFULLY SUBMITTED,

s/James R. Cooper, Jr.
James R. Cooper, Jr.  (COO021)
COOPER & COOPER
312 Scott Street
Montgomery, Alabama 36104
(334) 262-4887
(334) 262-4880 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31thday of July, 2008, I have served a copy of the foregoing Motion for Detention Hearing Upon Susan James and Clark Morris, Asst. USA , by efiling.

s/James R. Cooper, Jr.
JAMES R. COOPER, JR.

Cc:
Veronica Barnes
Federal Inmate
Autauga County Jail
Prattville, Al