IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:   2:07-CR-282-WKW |
| | ) | |
| VERONICA LOUIS BARNES | ) | |

## ORDER

Upon consideration of the defendant's motion for hearing (doc. # 291) and for good cause, it is

**ORDERED** that this matter be and is hereby set for a telephone conference on **August 1, 2008, at 9:00 a.m.**  The United States shall set up the telephone conference call.

Done this 31st day of July, 2008.

        /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE