## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.:   2:07-CR-282-WKW |
| ) | |
| VERONICA LOUIS BARNES ) | |
| ) | |

**ORDER**

Upon consideration of the *Motion to Withdraw as Attorney* (doc. #292) filed by Attorney James R. Cooper, it is

**ORDERED** that the motion to withdraw be and is hereby **GRANTED.**

Done this 31st day of July, 2008.

                               /s/Charles S. Coody
                               CHARLES S. COODY
                               UNITED STATES MAGISTRATE JUDGE