IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:    2:07-CR-282-WKW |
| | ) | |
| VERONICA LOUIS BARNES | ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. # 298) filed on August 1, 2008, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **August 6, 2008**, at **10:30 a.m.**, **in Courtroom 4B**, at the United States Courthouse Complex, One Church Street, Montgomery, Alabama.  It is further

**ORDERED** that the detention hearing now set for August 4, 2008 be and is hereby **RESET** for **August 6, 2008 at 10:30 a.m.**  If is further

**ORDERED** that the Defendant's Motion for Hearing on Rule 44 Conflict (Doc. #291) be and is hereby **GRANTED**.  The Rule 44 proceeding will be held at the same time as the Change of Plea and the Detention hearing proceedings.  It is further

**ORDERED**  that the government shall provide to the court a copy of any plea agreement not less than two hours prior to the time set for the change of plea proceeding.

The Clerk is **DIRECTED** to provide a court reporter for this proceeding. The United States Marshal or the person having custody of the defendant shall produce the

defendant for the proceeding.

Counsel for the defendant is **DIRECTED** to confer with the defendant prior to the proceeding set in this order and (1) advise the defendant about the Sentencing Guidelines and that while the Sentencing Guidelines are no longer mandatory the Guidelines remain an important factor which the court will consider in determining a reasonable sentence; (2) advise the defendant that in addition to the Guidelines, in determining a reasonable and appropriate sentence, the court will consider the sentencing factors set forth in 18 U.S.C. § 3553(a), and (3) explain to the defendant each of those factors specifically including (a) the nature and circumstances of the offense and the history and characteristics of the defendant; (b) the need to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (c) the need for deterrence; (d) the need to protect the public; (e) the need to provide the defendant with needed educational or vocational training or medical care; (f) the kinds of sentences available; (g) the need to avoid unwanted sentencing disparities; and (h) the need to provide restitution to victims.

Done this 1st day of August, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE